IN THE UNITED STATES COURT OF APPEALS

FOR THE 7TH EAM CIRCUIT

DOC NO
RECD/FILED
2016 AUG 23 AM 10:51

PAUL E. WALKER,

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

PETITIONER,

V.

CASE NO. 09-cr-121-bbc
16-cv-434-bbc

UNITED STATES OF AMERICA,
RESPONDENT.

## NOTICE OF APPEAL

COMES NOW, Paul E. Walker, pro se, respectfully requesting that the Honorable Court issue a Certificate Of Appeal as the notice service pursuant to the Civil Rules of Procedure of "Notice Of Appeal" in the above titled cases.

Due to the abuse of discretion of the District Court, Western District Of Wisconsin, Judge Barbara Crabb, not to grant leave to file for relief pursuant to 28 U.S.C. § 2255 motion and further denying relief pursuant to Johnson v. U.S., 135 S.Ct. 2551 (2015), with S.Ct. (2016) and Mathis S.Ct. (2016) rulings. On    July 27, 2016, the District Court denied petitioners 2255 motion and on the 16TH of Aug. 2016, the Court denied petitioners Motion For Reconsideration.

Wherefore Petitioner/Movant gives his Notice To Appeal and request COA be issued.

Respectfully submitted,

Paul E. Walker   8-20-16

Paul E. Walker #18310-039
FCI Memphis
PO BOX 34550
Memphis, TN 38184-0550